# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**DERRICK MOORE, Individually, and as Administrator Of the ESTATE of PATRICIA MOORE, deceased,**

    **PLAINTIFFS,**

v.                                        No. 2:23-cv-02338- JTF-atc

**WASTE CONNECTIONS**                      **JURY DEMAND**
**OF TENNESSEE, INC. and**
**WINFRED MOORE**

    **DEFENDANTS.**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through their attorneys of record, and announce to the Court that the matters and things heretofore in controversy between Plaintiffs and Defendants have been settled and fully resolved. Therefore, this case should be dismissed, in its entirety, with prejudice, with each party bearing thier respective costs.

                                       Respectfully submitted,

                                       **GLASSMAN, WYATT, TUTTLE & COX P.C.**

                                       /s/ Lewis W. Lyons
                                       EDWIN E. WALLIS III (TN #23950)
                                       LEWIS W. LYONS (TN #24577)
                                       26 North Second Street
                                       Memphis, Tennessee 38103
                                       Telephone: (901) 527-4673
                                       Facsimile: (901) 521-0940
                                       Email:  ewallis@gwtclaw.com
                                       Email: llyons@gwtclaw.com
                                       GWTC File No.: 23-095
                                       ***Attorneys for Defendants***

/s/ William T. Hackett
WILLIAM T. HACKETT (TN #31143)
Morgan & Morgan – Memphis, LLC 80 Monroe Avenue, Suite 900
Memphis, Tennessee 3803
Telephone: (901) 333-1859
Facsimile: (901) 524-1799
Email: whackett@forthepeople.com
*Attorney for Plaintiffs*