# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| DERRICK MOORE, Individually and as Administrator of the ESTATE of PATRICIA MOORE, deceased, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 2: 23-cv-02338-JTF-atc ) ) |
| WASTE CONNECTIONS OF TENNESSEE, INC., and WINFRED MOORE, | ) ) |
| Defendants. | |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice, filed on April 16, 2024. (ECF No. 49.) The parties stipulate that this case has settled and that it should be dismissed. (*Id*.) The Court, being duly advised, finds that this action is **DISMISSED** in its entirety with prejudice. Accordingly, each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED** this 23rd day of April 2024.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE