**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | |
|---|---|
| **DERRICK MOORE, Individually and as Administrator of the ESTATE of PATRICIA MOORE, deceased,**   )<br>)<br>)<br>)<br>**Plaintiffs,**   )<br>)<br>**v.**   )<br>)<br>**WASTE CONNECTIONS OF TENNESSEE, INC., and WINFRED MOORE,**   )<br>)<br>**Defendants.** | **Case No.: 2: 23-cv-02338-JTF-atc** |

# JUDGMENT

Decision by the Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order of Dismissal, entered on April 23, 2024. (ECF No. 50.)

**APPROVED:**

*s/John T. Fowlkes, Jr.*                                                            WENDY OLIVER
JOHN T. FOWLKES, JR.                                         CLERK
UNITED STATES DISTRICT JUDGE

April 23, 2024                                                                                     *s/Dairanetta S. Spain*
DATE                                                                                                             (By) LAW CLERK